

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

*U.S. Courthouse*
*228 Walnut Street, Rm. 1060*
*P.O. Box 983*
*Harrisburg, PA 17108-0983*

*Peter J. Welsh*                                                                                                   *(717) 221-3920*
*Acting Clerk of Court*                                                                                        *FAX (717) 221-3959*

August 3, 2017

**Joseph Louis Camino**
BC-3477
SCI-Coal Township
SPECIAL MAIL-OPEN ONLY IN THE PRESENCE OF THE INMATE
1 Kelley Drive
Coal Township, PA 17866

**RE: Camino v. Tice, et al, 1:17-cv-01088**

Mr. Camino,

This letter is in response to your recent letter the court, received on July 27, 2017, regarding the status of your case.

The status of your case is "pending". If any action is taken by the Court, you will receive a copy via regular mail to the address you have provided to the Court.

If you have any questions, please feel free to contact court at the number listed above.

Regards,

Clerk's Office