IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**JOSEPH LOUIS CAMINO,** : Civil No. 1:17-cv-1088
:
**Plaintiff,** :
:
v. :
:
**ERIC TICE,** :
:
**Defendant.** : Judge Sylvia H. Rambo

# **O R D E R**

**AND NOW**, this 15th day of March, 2018, **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation of the magistrate judge (Doc. 16) is **ADOPTED**.

2) The complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) without leave to amend.

3) The Clerk of Court shall close this file.

SYLVIA H. RAMBO
United States District Judge